Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

```
                                    ✓  FILED        ___ LODGED
                                    ___ RECEIVED    ___ COPY

                                        JUN 1 3 2025

                                    CLERK U S DISTRICT COURT
                                      DISTRICT OF ARIZONA
                                    BY_____DEPUTY
```

# UNITED STATES DISTRICT COURT

for the

District of Arizona

Prescott  Division

|  |  |
|---|---|
| | **CV25-08119-PCT-ROS--DMF** |
| | Case No. _____ |
| | *(to be filled in by the Clerk's Office)* |

| | |
|---|---|
| _____Scott Edward Martin_____ ) | |
| *Plaintiff(s)* ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* ) | Jury Trial: *(check one)* ☒ Yes ☐ No |
| *If the names of all the plaintiffs cannot fit in the space above,* ) | |
| *please write "see attached" in the space and attach an additional* ) | |
| *page with the full list of names.)* ) | |
| -v- ) | |
| ) | |
| ) | |
| Garret Whiting, Michael Whiting, Michael Lathem, ) | |
| Ben Brewer, Brett Riggs, Thomas J Paci, Kim Cole, ) | |
| Mathew Fish, Apache County Sheriffs Department ) | |
| *Defendant(s)* ) | |
| *(Write the full name of each defendant who is being sued.  If the* ) | |
| *names of all the defendants cannot fit in the space above, please* ) | |
| *write "see attached" in the space and attach an additional page* ) | |
| *with the full list of names.  Do not include addresses here.)* ) | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non–Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

I.     **The Parties to This Complaint**

A.     **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Scott Edward Martin |
| Address | 2028 W Indian School rd Apt 203 |

| Phoenix | AZ | 85015 |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | |
| Telephone Number | 928-595-1115 |
| E-Mail Address | sem5270@gmail.com |

B.     **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Garret Whiting |
| Job or Title *(if known)* | Superior Court Judge |
| Address | |

| St. Johns | AZ | 85936 |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Apache |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☒ Individual capacity     ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Michael Whiting |
| Job or Title *(if known)* | Ex County Attorney |
| Address | |

| St Johns. | AZ | 85936 |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Apache |
| Telephone Number | |

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

E-Mail Address *(if known)* _____

☒ Individual capacity     ☒ Official capacity

Defendant No. 3
    Name                   Michael Lathem
    Job or Title *(if known)*   Superior Court Judge
    Address

| St. Johns | AZ | 85936 |
|---|---|---|
| *City* | *State* | *Zip Code* |

    County                Apache
    Telephone Number    _____
    E-Mail Address *(if known)* _____

☒ Individual capacity     ☒ Official capacity

Defendant No. 4
    Name                   Ben Brewer
    Job or Title *(if known)*   Public Defender Apache County
    Address            911 E. Deuce of Clubs

| Show Low | AZ | 85901 |
|---|---|---|
| *City* | *State* | *Zip Code* |

    County                Navajo
    Telephone Number    928-537 3262
    E-Mail Address *(if known)* _____

☒ Individual capacity     ☒ Official capacity

## II.     Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    The First Amendment, TheFourth Amendment, The Fifth Amedment, The Sixth Amendment ,The Eighth Amendment, and the Fourteenth Amendment.Constitutional Deprivation of Rights under Title 18section 242 and 241 Criminal Conspiracy

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

All Defendants conspired with one or more defendants to violated the rights of the plaintiff . All defendants were working for the county in a full capacity at the time of the violations.See Attached.

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

Apache County Arizona

B.    What date and approximate time did the events giving rise to your claim(s) occur?

November 8th 2023 to present

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

See attached Statement of Claim

IV.    **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I set in a jail cell with a pinched hernia and a very rare condition after a turp procedure that causes large stones to form elimanating, my abilty to urinate. I could only push out a few drops of urine and blood, causing urine to back up into my kidneys causing extreme pain. If not for the short duration of my incarsaration I would probably be dead.I lost fifteen pounds in seven days, not being able to eat, sleep and only enough water to sustain me. I could barley fuction during this time, not knowing if I would live or die.

V.    **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Declaratory judgment that Defendants violated Plaintiffs constitutional rights.

Compensatory damages legal cost, emotional distress,pain, suffering, loss of reputation and unlawful detention. in the amount of one million dollars.

Punitive damages against the Defendants for intentional misconduct, retaliatory, malicious,oppressive and a reckless disregard for the Plaintiffs rights.

Injunctive relief prohibiting further harassment and illegal conduct.

Any other relief deemed appropriate by the Court

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _JuNE 13 2025_

Signature of Plaintiff    _Scott Martin_

Printed Name of Plaintiff    Scott Edward Martin

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm      _____

Address      _____

_____

              *City*          *State*      *Zip Code*

Telephone Number      _____

E-mail Address      _____

Additional Defendants

Defendant # 5

| | |
|---|---|
| Name | Brett Riggs |
| Job/Title | Contracted Apache County Deputy Attorney |
| Address | 377 E White Mountain BLVD, Show Low AZ. 85935 |
| County | Navajo |
| Phone | 928-367-0001 |
| E-Mail | |

Individual and Official Capacity

Defendant # 6

| | |
|---|---|
| Name | Thomas J. Paci |
| Job/Title | Apache County Deputy Sheriff |
| Address | St. Johns Arizona 85936 |
| County | Apache |
| Phone | |
| E-Mail | |

Individual and Official capacity

Defendant # 7

Name                          Kim Cole

Job/Title                     Apache County Health Department Supervisor

Address                       St. Johns   AZ.  85936

County                        Apache

Phone                         928-337-7926

E-Mail

Individual and Official Capacity


Defendant # 8

Name                          Mathew Fish

Job/Title                     Apache County Community Development and Building,

                              And Code Enforcement

Address                       St. Johns AZ.   85936

County                        Apache

Phone                         928-337-7547u7

E-Mail

Individual and Official Capacity

Defendant # 9

Name                    Apache County Sheriff's Department

Job/Title

Address                 370 S Washington ST, St. Johns AZ. 85936

County                  Apache

Phone                    928-337-4321

E-Mail

                        Official Capacity

## DEFENDANT # 1

### JUDGE GARRET WHITING APACHE COUNTY ARIZONA

Garret Whiting combined a Complaint to Partition trial with a Breach of Contract Trial violating both the Plaintiffs and Defendants rights to a fair trial, Jury trial, and the right to due process. Conspired with several other Defendants to violate these Constitutionally given rights of the Plaintiff. The plaintiffs' first, fifth and fourteenth amendment rights were violated.

## DEFENDANT # 2

### DEFENDANT MICHAEL WHITING EX APACHE COUNTY ATTORNEY

Michael Whiting conspired with Garret Whiting, Michael Lathem, Brett Riggs and Thomas J Paci to deprive the Plaintiff of his rights by false arrest, police misconduct, illegal incarceration and prosecutorial misconduct. The plaintiffs first, fifth and fourteenth amendments were violated.

## DEFENDANT # 3

### JUDGE MICHAEL LATHEM APACHE COUNTY ARIIZONA

Michael Lathem failed to protect the Plaintiffs' rights, by allowing the prosecution to circumvent procedure, allowing his court room to become a forum for public shaming, conspiring with the other named defendants and the Plaintiff's own court appointed public defender Ben Brewer. The plaintiffs' rights were violated under the first, fifth, Eighth and Fourteenth amendments.

## DEFENDANT# 4

### BEN BREWER PUBLIC DEFENDER APACHE COUNTY ARIZONA

Ben brewer refused to represent me after being ordered by the court to do so, in a misdemeanor case, and was also appointed for a felony case where he failed to confer or even contact me before my probable cause hearing. He Conspired with Michael Whiting and other named defendants, including Michael Lathem, to enhance false felony charges against me, to

falsely incarcerate me and to do a public shaming. The plaintiffs first, fifth, sixth, eighth and fourteenth amendments were violated.

## DEFENDANT # 5

### BRETT RIGGS CONTRACTED APACHE COUNTY ATTORNEY

Brett Riggs Pursues cases knowing they lack any kind of merit or probable cause relying on the fact that most litigates lack the knowledge to defend themselves. In my cases it was quite apparent at what was going on. I signed away my rights to an attorney, so I could talk with Brett Riggs about my case so we could come to a reasonable conclusion without going to trial. Brett Riggs refused to talk to me about my case, only offering a plea agreement that was already prepared. When I refused, he filed another charge that lacked merit. These charges have since been dismissed. Brett Riggs conspired with the other defendants to deprive the plaintiff of his constitutional rights. The plaintiffs First, fifth, eighth, and fourteenth amendments were violated.

## DEFENDANT # 6

### THOMAS J PACI APACHE COUNTY SHERIFFS DEPUTY

Thomas J Paci is complicit with the other named defendants in this case. Enhancing charges, working with the Plaintiffs brother, Steve Martin, Michael Whiting and other defendants to entrap, incarcerate and deny the plaintiffs rights protected by the constitution. Thomas J Paci also entered the home of the plaintiff without a warrant with another deputy and tackled him to the floor. The plaintiffs First, fourth and fourteenth amendments were violated.

## DEFENDANT # 7

### KIM COLE APACHE COUNTY HEALTH DEPARTMENT SUPERVISOR

The Plaintiff filed a complaint about illegal septic systems on his property with the health department but is still being refused service through this county department to this day.

The county continues to provide these services to all other individuals but still refuses to provide the service to the Plaintiff. Michael Whiting Stopped my complaint.

The plaintiffs First and Fourteenth amendments were violated.

DEFENDANT # 8

MATHEW FISH APACHE COUNTY COMMUNITY DEVELOPMENT

I filed a complaint for an illegal power pole that was installed on my property with a permit that was obtained through fraud. Again, I was refused the service that is provided to every other person in this community.  Michael Whiting stopped my complaint.

The plaintiffs First and Fourteenth amendments were violated.

DEFENDANT # 9

APACHE COUNTY SHERIFFS' DEPARTMENT

The Apache County Sheriff's department failed to provide proper training for their deputy's and fails to properly supervise them, resulting in unconstitutional behavior. The plaintiffs Fourth, fifth, eighth and Fourteenth amendments were violated.

STATEMENT OF CLAIM

Around January of 1990 Plaintiff Scott Martin purchased a piece of property in Apache County Arizona with his brother Steve Martin. On November 30th, 2019, the Plaintiff sold his share of the property to his brother Steve Martin. In May of 2021 the Plaintiff repurchased it back in May of 2021, all this was done through a verbal contract.

After the Plaintiff paid for the property, his brother Steve Martin refused to add his name to the deed. About a year later, the plaintiff convinced his brother to add his name to the property by threatening a breach of contract lawsuit. This severely strained their relationship, which has never been the same since. The Plaintiff decided to sell his share of the property. When his brother refused to repurchase it, the Plaintiff filed a Complaint to Partition with the Superior Court in Apache County, Arizona because the Plaintiff wanted to split the property so he could sell his share and move on.  The Complaint to Partition was filed on October 27th, 2022. The trial took place on November 8th, 2023.

The events between May 2021 and November 2023 were alarming, making me feel unsafe. During this period, my brother had surgery on his clogged Carotid Arteries. His abnormal behavior worried me, so I contacted his doctor to schedule an appointment without revealing I called. Unfortunately, they did mention me, upsetting my brother.

Over the next year or so he tried everything he could do to prove to anyone he could that I was mentally ill. On September 14, 2022, I reported an assault by my brother to the Sheriff's office. Deputies were dispatched to take the report.  The complaint was sent to the County Attorney's office. On February 8, 2023, I received a letter indicating it was a civil

matter between brothers, obligating me to drop the issue. On February 19, 2023, my brother entered my barn/garage and used a tractor to move the rear of my Dodge Ram truck out of the garage, causing damage to the locked steering wheel mechanism. I called the Sheriff's Department again, and they forwarded the report to the County Attorney's office. On May 1st, 2023, I received another letter stating that it was a civil dispute between brothers.

At this time, I placed an order of protection against my brother to avoid further damage to my personal property. On May 18th, 2023, my brother violated the order of protection, and I reported the violation to the Sheriff's Department. They told me a deputy would call me back. I spoke with a deputy McCue #A14 on the phone and he refused to come out and take a report or collect evidence. This upset me because I felt the Sheriff's department and the County Attorney's office were failing or worse, refusing to do their jobs. I expressed my dissatisfaction with the deputy regarding the apparent lack of concern from these two county departments, which are responsible for protecting and serving the citizens of the County. I told the deputy that the County Attorney's office didn't need another investigation like the one in 2008 that removed Michael Whiting from Office. The deputy responded that he would let them know. I recorded this entire conversation with deputy McCue.

The deputy forwarded the case to the county attorney's office, and I did not receive any communication from them until over a year later when it was too late to take any action. I sent the county attorney's office a letter on May 22nd, 2023, requesting an in-

person meeting with Michael Whiting, D. Michelle Beus and Brett Riggs, to discuss the first two cases and a third case for violating the order of protection, that would soon be filed with their office. My request has not received any response. There have been three instances of this issue, and no action has been taken. It was permitted to escalate without any resolution. During this period, my brother obtained an order of protection against me on April 19th, 2023, without providing substantial evidence to support his claim.

On November 8th, 2023, my Complaint to Partition went to trial. Two hours into the trial, Judge Garrett Whiting stopped the proceedings and allowed the Defendant to present a fictitious Breach of Contract Complaint. The Plaintiff Scott Martin has now become the Defendant without an opportunity for an Answer, Counterclaim, pretrial motion, or a Jury Trial. The Plaintiff, Steve Martin, previously identified as the Defendant, was permitted to present his request to the court through a prepared statement. He sought damages amounting to forty thousand dollars. Steve Martin was allowed to berate, chastise, slander, and defame me, Scott Martin while Garrett Whiting the Judge, looking down at me with contempt. At that time, I knew I had become a target of Michael Whiting and Garret Whiting. To my understanding they are related and worked together for over twelve years in the County Attorney's office, before Garret Whiting became a Judge in March of 2021.

On November 8th, 2023, Judge Garrett Whiting issued a Minute Entry confirming a Breach of Contract Case was held during the Complaint to Partition. On November 15th, 2023, the plaintiff Scott Martin submitted multiple motions to the court, including a motion for a new trial and a change of venue. He asserted that my constitutional rights had been violated and argued that I could no longer receive a fair trial in Apache County. After citing

the Constitutional Rights Violations in the motion for a new trial, the Breach of Contract

Claim was not discussed further. This left Defendant Steve Martin unclear about the

proceedings and unaware that his rights had been violated.

After submitting my motion for a new trial, I went to the Court House to obtain

copies of the transcripts for a possible appeal. The clerk at the filing window informed me

that they would be ready in about an hour. I filled out the request form, handed it to her, and

stated that I would return in an hour to collect them. When I returned to the courthouse,

the clerk's demeanor had significantly shifted. She became unfriendly and dismissive, and

informed me that she no longer knew when the documents would be ready. Consequently,

I was instructed to return the following week to collect them. Then I realized the complaints

I filed with the county health department and building and zoning code enforcement were

being dismissed. They mentioned that they needed to consult their lawyers before taking

any action. It was later revealed that their legal counsel is the Apache County Attorney's

office, represented by Michael Whiting. My complaints were submitted on September 15th,

2022, and there has been no action taken so far. Meanwhile, they continue to perform their

duties for others in the county. The subordinates, Mike Madrid and Scott Yarish, were

prepared to perform their duties in the health department but were halted by their

supervisor, Kim Cole. Ruben Aranda of building and code enforcement was also ready to

enforce the complaint but was stopped by his supervisor Mathew Fish. I feel that Michael

Whiting is behind all of this. On or around February 29th, 2024, I spoke to the

Commissioner/Surveyor scheduled to perform the property split. He planned to conduct

the survey on March 8th, and it seemed appropriate for both parties to be present. Consequently, I arranged for the orders of protection to be removed.

On March 4th, 2024, the orders of protection were lifted. When I got home, my brother was parked by my garage. He asked to get something, so I let him in. He began loading his car with my belongings and then started stealing from my toolboxes. At this time, I escorted him out of my garage. I extended my arms outward and guided him out with minimal force. At that time my brother was recording everything on his phone that he had hidden in his pocket. I immediately went back to my residence and informed my son and his wife what had taken place in the garage. Approximately fifteen to twenty minutes later, three sheriff's deputies arrived. This was highly unusual, as it typically takes about three hours or more in our rural location. I walked down to my brother's place to talk to the deputies, and the two deputies performed a quick wrist snatch with no warning to startle me into a reaction so they could add resisting arrest. This was assault as I was not given a chance to comply. Additionally, they did not contact four other individuals who were present at the property. This was the first time I dealt with Thomas J Paci, but it wouldn't be the last. They arrested me March 4th, 2024, while I was in jail my brother took out another order of protection that encompassed my house, driveway and my garage. I believe this was done at the request of deputy Thomas J Paci, knowing I would immediately violate the order. The next day after I was bonded out of jail. When being released the guard kept telling me I could go home. I went home, drove into my driveway and immediately violated the order of protection. I called the sheriff the next morning, they said someone would call me back, but nobody ever did. I also called Ben Brewer a court appointed public defender

that was assigned to my case. I spoke with him briefly. At that time, he informed me he would not represent me, he flatly refused. I left that mourning for the courthouse to try to figure out the order of protection. While I was filling in the paperwork Thomas J. Paci showed up, performed a wrist snatch again and arrested me. I feel I was set up by my brother and Thomas J Paci. My brother was hiding in the trees when I got home after the first arrest, somehow knowing when I would get there at a specified time which leads me to believe that Thomas J. Paci and my brother are working together in collusion. After the arrest at the courthouse, I spent the next seven days going through hell. While all this time my brother Steve Martin and his son Eric Martin broke into my garage and stole my personal property, hand tools, grinders etc. Michael Whiting, Brett Riggs and Thomas J Paci conspired to enhance the charges, charging me with felony harassment and a charge that could only be brought against me if I disrupted a court proceeding with my brother present. My arrest was on March 6th, 2024, at this time, I knew I was being targeted for punishment by several county individuals. The charges were false and premeditated. I was again given Ben Brewer as a public defender.

On the first night in jail, I experienced incontinence due to a medical procedure and rare side effects of surgery from a year prior. This condition continued for six or seven hours before stopping. After that, I was unable to urinate for approximately eight days. Straining to urinate worsened my hernia, causing a visible bulge. I was only able to pass drops of urine, which contained visible blood. They allowed me to see the nurse, but both she and their provider refused to take me to the hospital, stating that only cash payments were accepted and insurance, including Medicare, was not. I realized some people in the jail

system were involved. Certain guards' looks made it clear I was there for punishment. The court again assigned Ben Brewer as my public defender and they set a probable cause hearing date for March 11th, 2024, at 1:30 pm. Prior to the hearing date, I had multiple interactions with the nurse, informing her of the severity of my pain, particularly in my kidneys. I requested to see my court-appointed attorney through the kiosk but never received a visit. During my seven-day stay, I had no contact with anyone.

Before my hearing, the guards dressed me in clothing of two different colors, one representing a felony and the other a misdemeanor, for easy identification during my walk through the courtroom. They shackled me together with two other prisoners and walked me through the court room, which seemed odd. Additionally, the number of people present was excessive for just the hearings of two other prisoners.

They put us in a room and left us for about ten to fifteen minutes. Then a guard came in and walked me back through the court room, it felt more like ritualistic, religious public shaming. I wondered why Judge Michael Lathem and my attorney, who should have

Protected my rights, "didn't". As I walked through, I noticed everyone staring at me, including a man near the Judge's bench wearing light-colored clothing and sporting a long beard. This experience was very creepy, and it felt like there were some sort of religious overtones. I never spoke to an attorney or a judge, they took me back to the jail where I was strip search very aggressively and the guard performing the search was unprofessional and smiling.

At this hearing under state law, I should have been released immediately under rule 5.4 Determining Probable Cause (b). They circumvented the hearing so they could continue to hold me. The same day I was served in jail with another charge. The next day, I questioned my detention at the legal kiosk due to the absence of charges. I was released immediately. How long would I have been kept if I hadn't asked?  I was released, but I couldn't go home. I still had an order for protection on me that was unconstitutional and prevented me from entering my own property.

Upon my release, I contacted Ben Brewer to inform him that both he and the Judge had an obligation to protect my rights. I expressed my serious concerns and dissatisfaction with the situation to him, making it clear that I was very upset. He told me to bring in all my paperwork and files and he would see what he could do. Then he told me when I dropped off my papers and files to give them to his secretary but not to talk about anything with her, this seemed very odd to me. Due to my previous attorney, Brewer, declining to represent me, I did not submit my files.  I contacted ███████, another criminal defense attorney who was recommended to me. I had hoped that he could help me. I told him everything that was going on over the phone, and he asked me to drop off my files so he could look at them, so I did. That day I dropped my files off at ███████ office.

The following day, ███████ called me back on a phone that showed up to be a spam call, but I answered it anyways. It was ███████ on what I assume was a burner phone, which seems strange for a professional attorney to use. He was upset and angry that I had been keeping records of everything that's been going on in this county, stating there is no conspiracy and none of it was connected. He then very angrily told me to come

"pick up my shit". I stayed in Show Low for the next few days, afraid to go home. I made a

Docters appointment to get looked at because the jails nurse said I had a UTI and for some

reason they were giving half doses of Cipro, an antibiotic. I knew a half dose wouldn't do

anything for me.

   I was tested again and was informed that I had a staph infection. During my time

with the Doctor, I told her everything that had happened and was having trouble coping

with my experience.  To this day I can't talk about it without breaking down and having an

emotional response. Knowing my incarceration was not legal, knowing you're innocent and

that your being punished by members of the community you live in is not easy to deal with.

The doctor put me on the medication Zoloft and set me up to see a mental health expert

that I saw until I could leave the state. I went to Michigan to live with my son and work on

my mental health after this ordeal.

   I hired an attorney to deal with my other issues, and all other charges were

dismissed. I thought my Complaint to Partition was complete, according to the Judge and

Commissioner, so I went back to Concho Arizona on March 24th, 2025, to prepare my deed

and fence off the split down the middle. My brother was still upset about the division, and

continued trespassing on my property claiming he still owns all of it, tearing down my

fences and filling in my post holes, screaming and yelling. At one point I was frustrated and

shouting out loud to myself in my vehicle because my brother was trespassing and would

not let me out of my gate, I was about a hundred yards away taking pictures of his antics

and I then called the sheriff's office to see if they would talk to him about his trespassing.

The deputy said she would but then called back and said she wanted to come out and talk to me about an amended order of protection. I told her she didn't need to, that I already talked to the clerk about it, and she didn't need to come out. A while later she pulled up to my house, I went to the front door and that's when I saw Thomas J Paci was with her and he made a move towards me before I was out of the door, so I immediately went backwards into the house. Paci and the deputy came into my house without a warrant and forced me to the ground. I believe at this time Paci was training the other deputy. They arrested me for talking to myself. Claiming I contacted my brother, violating the order of protection, I was a hundred yards away at this time and my brother was trespassing. This was April 2nd, 2025, I had only been there two days. At this time, I knew I had to do something, or I would never feel safe in this community. I fear for my life every time I go through Apache County.

I went to the Superior Court in Maricopa County to seek an injunction against Harassment against Thomas Paci, but it was recommended filing a 1983 claim to include all the players in this persecution of Scott Edward Martin, by eight members of Apache County which include Superior Court judges. I also had to file a motion with the Superior Court in Apache County on April 10th, 2025, asking them to finish my Complaint to Partition which has been sitting incomplete for approximately six months.

The Superior Court, the county attorney's office, the sheriff's department, the county jail personnel and the county offices of the health department and building and zoning, have all contributed and conspired to violate the Plaintiff Scott Martins constitutional rights. This amounts to a widespread pattern of unconstitutional behavior. This is a conspiracy that involves eight members and possibly more of the same county and

community to deprive the plaintiff of his constitutional rights, for an ongoing and continuing period, spanning approximately two or more years to date. The Plaintiff to this day continues to have bouts of depression, anxiety and an overall fear of law enforcement in his community and can no longer rely on the sheriff's department, or the Courts to ensure his safety and rights are kept intact. I lived in this community for over twenty years without any problems, until I contacted the sheriffs, the county attorneys and the Court system. Approximately in May of 2022, I contacted the Sheriff's office to inform them my brother Steve Martin was acting strangely and I felt something was going to happen out here on the property and I wanted to be protected from my brother's mental health problems. I asked them to put this on record, trying to protect myself from any future problems, the deputy said he would. However, I contacted them later when a needed a copy of the report and it was nowhere to be found. I have found an audio recording of the conversation to prove these statements.

There is also the matter of posting mugshots online. The posting of mugshots online is humiliating, emotionally distressing and can-do irreversible harm as it has done to the plaintiff.