AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Arizona

| | FILED | ___ LODGED |
|---|---|---|
| ___ RECEIVED | ___ COPY |

SEP 2 6 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Scott E. Martin )
)
)
)
_____ )
*Plaintiff(s)* )
v. )
Michael Whiting )
)
)
)
_____ )
*Defendant(s)* )

Civil Action No.

**CV25-08119-PCT-ROS--DMF**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Michael Whiting
St. Johns Arizona
85936

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Scott E. Martin
2028 W. Indian School rd. Apt # 203
85015

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

D. Draper

_____
*Signature of Clerk or Deputy Clerk*

ISSUED ON 3:12 pm, Aug 19, 2025
s/ Debra D. Lucas, Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   CV-25-08119-PCT-ROS-DMF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Michael Whiting

was received by me on *(date)*   9-22-2025   .

☑ I personally served the summons on the ~~individual~~ at *(place)*   409 N Humphreys St.
Flagstaff, AZ 86001 Attorney Bruce   on *(date)*   9-23-2025  ; or
Griffen SECRETARY

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   9-23-2025

_____
Server's signature

ROBERT SHEPHERD
Printed name and title

28425 N. BLACK CANYON HWY
#1008 PHx AZ 85085
Server's address

Additional information regarding attempted service, etc: